**No. 46356.**—Protest 967824–G of W. X. Huber Co. (Los Angeles).

Opinion by Keefe, J. At the trial two witnesses testified on behalf of the plaintiff but a careful consideration of the evidence produced failed to disclose anything sufficient to overcome the correctness of the action of the collector. In accordance therewith the protest was overruled.

**No. 46357.**—Petition 5376–R of Collin & Gissel (Galveston).

Opinion by Keefe, J. It was established at the trial that before importation the classification of the filter was discussed with the collector's office and the entire transaction was fully disclosed to customs officials. An appeal to reappraisement had been made but due to the fact that it was impossible to obtain evidence from abroad, the appeal was abandoned, although it appears that at the present time they would be able to establish the facts desired at that time. On the record presented the court was of the opinion that the importers were diligent in endeavoring to ascertain all the facts in the case and that there was no intention to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE SECOND DIVISION, SEPTEMBER 25, 1941

**No. 46358.**—Protest 26798–K of S. Lisk & Bro. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise in question consists of paper serpentins similar in all material respects to those the subject of Abstract 40644. In accordance therewith the claim at 30 percent under paragraph 1413 was sustained.

**No. 46359.**—Protest 55797–K of Holland American Import Co. (New York).

Opinion by Dallinger, J. At the hearing it was agreed by counsel that the containers in question are wholly or in chief value of tin plate, but not plated with platinum, gold, or silver, or colored with gold lacquer. In accordance therewith the claim at 22½ percent under paragraph 397 and T. D. 49753 was sustained.